# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Toole, George A. | U.S. District Court | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7-130
Boston, MA 02210

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Contract employee, Massachusetts Department of Public Health |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Antonin Scalia Law School Global Antitrust Institute | 10/182020 to 10/23/2020 | Scottsdale AZ | Educational seminar | Travel, lodging, and meals |
| 2. | George Mason University Law & Economics Center | 11/11/2020 to 11/14/2020 | San Antonio TX | Educational seminar | Travel, lodgin, and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Toole, George A.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Labs | A | Dividend | K | T | Buy | 01/08/20 | J | | |
| 2. | | | | | Buy (add'l) | 01/15/20 | J | | |
| 3. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 4. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 5. | | | | | Sold (part) | 01/08/20 | J | A | |
| 6. Abbvie | A | Dividend | J | T | Buy | 02/27/20 | J | | |
| 7. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 8. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 9. Accenture PLC Ireland Cl A | A | Dividend | K | T | Sold (part) | 01/02/20 | J | B | |
| 10. | | | | | Sold (part) | 01/08/20 | J | A | |
| 11. | | | | | Sold (part) | 06/18/20 | J | B | |
| 12. Adobe Systems | | None | J | T | Sold (part) | 01/02/20 | J | A | |
| 13. | | | | | Sold (part) | 01/08/20 | J | A | |
| 14. | | | | | Sold (part) | 06/18/20 | J | B | |
| 15. Air Prodoucts & Chemicals | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 16. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 17. | | | | | Buy (add'l) | 02/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 02/05/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 20. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 21. | | | | | Sold<br>(part) | 12/30/20 | J | | |
| 22. Align Technology | | None | J | T | Sold<br>(part) | 01/08/20 | J | | |
| 23. | | | | | Sold<br>(part) | 08/24/20 | J | | |
| 24. Allergan | A | Dividend | | | Sold<br>(part) | 01/02/20 | J | | |
| 25. | | | | | Sold<br>(part) | 03/30/20 | J | A | |
| 26. | | | | | Sold<br>(part) | 03/31/20 | J | A | |
| 27. | | | | | Sold | 05/11/20 | J | A | |
| 28. Alphabet Inc. Cl A | | None | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 29. Alphabet Inc. Cl C | | None | K | T | Sold<br>(part) | 06/18/20 | J | A | |
| 30. Altria Group | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 31. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 33. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 34. | | | | | Sold<br>(part) | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 12/30/20 | J | | |
| 36. AMC Networks | | None | J | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 38. | | | | | Sold<br>(part) | 01/02/20 | J | | |
| 39. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 40. American Cap World Gr & Inc F2 | A | Dividend | J | T | | | | | |
| 41. American Express | A | Dividend | J | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 42. Anthem Inc. | A | Dividend | J | T | | | | | |
| 43. Apple | A | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 44. | | | | | Sold<br>(part) | 02/03/20 | J | A | |
| 45. | | | | | Sold<br>(part) | 07/23/20 | J | C | |
| 46. | | | | | Sold<br>(part) | 09/01/20 | J | C | |
| 47. AT&T | A | Dividend | J | T | | | | | |
| 48. Autodesk Inc. | | None | K | T | Sold<br>(part) | 01/02/20 | J | C | |
| 49. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 53. Automatic Data Processing | A | Dividend | | | Sold (part) | 01/02/20 | J | A | |
| 54. | | | | | Sold (part) | 01/08/20 | J | A | |
| 55. | | | | | Sold (part) | 08/05/20 | J | A | |
| 56. | | | | | Sold (part) | 08/06/20 | J | B | |
| 57. | | | | | Sold | 08/07/20 | J | A | |
| 58. Avalon Bay Communiities | A | Dividend | | | Buy | 01/22/20 | J | | |
| 59. | | | | | Sold | 09/14/20 | J | | |
| 60. Bank of America deposit accounts | A | Interest | J | T | | | | | |
| 61. Becton Dickinson | A | Dividend | | | Sold (part) | 01/10/20 | J | A | |
| 62. | | | | | Sold (part) | 04/06/20 | J | A | |
| 63. | | | | | Sold | 05/22/20 | J | A | |
| 64. Berkshire Hathaway Cl B | | None | J | T | Buy (add'l) | 01/02/20 | J | | |
| 65. | | | | | Buy (add'l) | 07/23/20 | J | | |
| 66. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 67. | | | | | Sold (part) | 06/26/20 | J | | |
| 68. Biogen | | None | J | T | Buy (add'l) | 01/31/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 70. | | | | | Sold<br>(part) | 01/02/20 | J | | |
| 71. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 72. | | | | | Sold<br>(part) | 12/30/20 | J | | |
| 73. Blackrock Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 74. Blackrock High Yield Fund | A | Dividend | | | Sold | 01/02/20 | J | | |
| 75. Blackrock Low Dur Bd Inv Inst | B | Dividend | L | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 01/13/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 78. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 79. Blackrock Multi-Asset | A | Dividend | | | Sold | 01/02/20 | J | | |
| 80. Blackstone Alt Multi Strat Inst | | None | K | T | Buy | 01/02/20 | J | | |
| 81. Booking Holdings, Inc. | | None | | | Sold<br>(part) | 01/08/20 | J | A | |
| 82. | | | | | Sold | 03/20/20 | J | | |
| 83. Broadcom | A | Dividend | J | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 84. | | | | | Sold<br>(part) | 01/02/20 | J | B | |
| 85. | | | | | Sold<br>(part) | 06/18/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Calamos Market Neutral Inc I | A | Dividend | M | T | Buy<br>(add'l) | 01/02/20 | L | | |
| 87. | | | | | Buy<br>(add'l) | 01/03/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 89. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 90. Carnival CP New Paired | A | Dividend | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 91. | | | | | Buy<br>(add'l) | 01/30/20 | J | | |
| 92. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 93. | | | | | Sold | 03/13/20 | J | | |
| 94. Center Coast MLP Focus | | None | | | Sold | 01/02/20 | K | | |
| 95. Cerence Inc. | | None | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 96. | | | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 97. Charles Schwab New | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 98. Chevron common | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 101. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 102. | | | | | Sold<br>(part) | 12/30/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Chubb Ltd | A | Dividend | J | T | | | | | |
| 104. Cincinnati Financial Ohio | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 105. Cisco Systems | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 107. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 108. Citrix Systems Inc. | A | Dividend | J | T | Buy<br>(add'l) | 09/08/20 | J | | |
| 109. | | | | | Sold<br>(part) | 01/02/20 | J | A | |
| 110. | | | | | Sold<br>(part) | 12/30/20 | J | | |
| 111. Clearbridge Aggessive Growth (SAGYX) | B | Dividend | | | Sold | 01/02/20 | K | | |
| 112. CME Group | A | Dividend | J | T | Sold<br>(part) | 01/10/20 | J | A | |
| 113. Coca Cola Co. | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 115. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 116. Cohen & Steers Real Estate Securities (CSDIX) | A | Dividend | K | T | Sold<br>(part) | 12/17/20 | J | | |
| 117. Cogate Palmolive | A | Dividend | J | T | Buy<br>(add'l) | 11/20/20 | J | | |
| 118. Comcasst (New) Cl A | A | Dividend | K | T | Buy<br>(add'l) | 12/10/20 | J | | |
| 119. | | | | | Sold<br>(part) | 01/02/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Cree Research | | None | J | T | Sold (part) | 01/02/20 | J | A | |
| 121. | | | | | Sold (part) | 06/18/20 | J | A | |
| 122. Crown Castle Intl Corp | A | Dividend | J | T | Buy (add'l) | 01/02/20 | J | | |
| 123. CVS Health Corp | A | Dividend | K | T | | | | | |
| 124. CyrusOne, Inc. | A | Dividend | J | T | Buy (add'l) | 09/14/20 | J | | |
| 125. | | | | | Sold (part) | 02/19/20 | J | A | |
| 126. Delta Airlines | A | Dividend | | | Buy | 01/02/20 | J | | |
| 127. | | | | | Sold (part) | 01/08/20 | J | | |
| 128. | | | | | Sold | 05/04/20 | J | | |
| 129. Diageo ADR | A | Dividend | J | T | Buy (add'l) | 01/03/20 | J | | |
| 130. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 131. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 132. | | | | | Sold (part) | 06/26/20 | J | | |
| 133. Discovery Communications Ser.A | | None | J | T | Buy (add'l) | 05/06/20 | J | | |
| 134. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 135. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 136. | | | | | Sold (part) | 01/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 138. Dolby Cl A | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 139. Dollar General Corp. | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 140. | | | | | Sold<br>(part) | 01/08/20 | J | A | |
| 141. Dominion Resources | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 142. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 143. | | | | | Sold<br>(part) | 12/30/20 | J | | |
| 144. Duke Realty | A | Dividend | J | T | Buy | 10/30/20 | J | | See note |
| 145. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 147. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 148. Enterprise Bancorp common | B | Dividend | | | Sold<br>(part) | 07/24/20 | K | D | |
| 149. | | | | | Sold<br>(part) | 07/27/20 | K | C | |
| 150. | | | | | Sold | 07/28/20 | J | | |
| 151. Exxon Mobile common | A | Dividend | J | T | | | | | |
| 152. Facebook Cl A | | None | K | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 153. | | | | | Sold<br>(part) | 01/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fastenal | A | Dividend | J | T | Buy (add'l) | 01/02/20 | J | | |
| 155. | | | | | Sold (part) | 01/08/20 | J | | |
| 156. | | | | | Sold (part) | 08/31/20 | J | A | |
| 157. | | | | | Sold (part) | 09/01/20 | J | A | |
| 158. Fidelity National Information Services | A | Dividend | J | T | | | | | |
| 159. FireEye | | None | J | T | Buy (add'l) | 03/17/20 | J | | |
| 160. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 161. | | | | | Sold (part) | 01/02/20 | J | A | |
| 162. | | | | | Sold (part) | 06/26/20 | J | | |
| 163. Fluor Corp | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 164. Franklin Resources, Inc. | A | Dividend | J | T | Buy (add'l) | 01/02/20 | J | | |
| 165. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 166. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 167. | | | | | Sold (part) | 01/08/20 | J | A | |
| 168. | | | | | Sold (part) | 06/26/20 | J | | |
| 169. Freeport-McMoran | A | Dividend | J | T | Buy (add'l) | 01/31/20 | J | | |
| 170. | | | | | Sold (part) | 01/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 172. Gartner Inc. | | None | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 173. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 174. GCI Liberty | | None | | | Sold | 01/02/20 | J | A | |
| 175. Guardant Health | | None | J | T | Buy | 02/27/20 | J | | |
| 176. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 178. Harding Loevner Intl Equity | B | Dividend | N | T | Sold<br>(part) | 01/08/20 | J | A | |
| 179. Honeywell | | None | J | T | | | | | |
| 180. Illumina Inc. | | None | J | T | Buy | 10/08/20 | J | | |
| 181. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 182. Immunogen | | None | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 183. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 184. Ingersoll-Rand (Name change) | | | | | Sold<br>(part) | 03/10/20 | J | A | See Part VIII note 3. |
| 185. Intel | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 186. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 187. International Flavors and Fragrances | A | Dividend | J | T | Buy<br>(add'l) | 05/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 189. Intuitive Surgical | | None | J | T | Buy | 09/01/20 | J | | |
| 190. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 191. Invesco Premier Inst | A | Dividend | J | T | Buy (add'l) | 12/17/20 | J | | |
| 192. Ionis Pharmaceuticals | | None | J | T | Buy (add'l) | 01/31/20 | J | | |
| 193. | | | | | Sold (part) | 01/02/20 | J | A | |
| 194. | | | | | Sold (part) | 12/30/20 | J | | |
| 195. IQ Hedge Multi-Strat Tracker | A | Dividend | K | T | Sold (part) | 01/02/20 | K | B | |
| 196. iShares Core S&P US Growth | A | Dividend | J | T | Buy (add'l) | 06/26/20 | J | | |
| 197. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 198. | | | | | Sold (part) | 01/31/20 | J | A | |
| 199. | | | | | Sold (part) | 03/13/20 | J | A | |
| 200. | | | | | Sold (part) | 07/27/20 | J | A | |
| 201. iShares Core S&P 500 ETF | | None | J | T | Buy (add'l) | 06/26/20 | J | | |
| 202. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 203. | | | | | Sold (part) | 01/02/20 | J | A | |
| 204. | | | | | Sold (part) | 01/31/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 07/27/20 | J | A | |
| 206.  iShares Russell 1000 | | None | | | Sold | 01/31/20 | J | | |
| 207.  Johnson & Johnson common | A | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 208. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 209. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 210.  Johnson Controls | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 211.  JP Morgan Chase & Co. | A | Dividend | J | T | Sold<br>(part) | 01/10/20 | J | A | |
| 212.  Kinder Morgan | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 213. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 214. | | | | | Sold<br>(part) | 05/04/20 | J | | |
| 215.  L-3 Technologies | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | B | |
| 216. | | | | | Sold<br>(part) | 06/18/20 | J | A | |
| 217.  Linde PLC | A | Dividend | J | T | | | | | |
| 218.  Lockheed Martin | A | Dividend | J | T | | | | | |
| 219.  Lord Abbett Sht Duration Inc (LDLFX) | B | Dividend | K | T | Buy<br>(add'l) | 12/17/20 | J | | |
| 220.  Lowes Companies | A | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 221.  Manulife Financial common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Marsh & McLennan | A | Dividend | J | T | | | | | |
| 223.  Mastercaard , Inc. Cl A | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | A | |
| 224. | | | | | Sold<br>(part) | 01/08/20 | J | A | |
| 225.  McDonalds Corp | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 226. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 227.  Merger Fund | A | Dividend | J | T | | | | | |
| 228.  Medtronic | A | Dividend | J | T | Buy<br>(add'l) | 11/20/20 | J | | |
| 229. | | | | | Sold<br>(part) | 01/02/20 | J | A | |
| 230. | | | | | Sold<br>(part) | 02/27/20 | J | | |
| 231.  Merck & Co. | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 233. | | | | | Buy<br>(add'l) | 05/22/20 | J | | |
| 234. | | | | | Sold<br>(part) | 01/08/20 | J | A | |
| 235.  Metropolitan West Tot Ret Bd I (MWTIX) | D | Dividend | M | T | Buy<br>(add'l) | 01/02/20 | K | | |
| 236. | | | | | Buy<br>(add'l) | 01/03/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 01/13/20 | J | | |
| 238. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 01/08/20 | J | | |
| 240.  Microsoft common | A | Dividend | K | T | Sold (part) | 01/08/20 | J | A | |
| 241. | | | | | Sold (part) | 03/26/20 | J | A | |
| 242. | | | | | Sold (part) | 06/18/20 | J | A | |
| 243. | | | | | Sold (part) | 06/26/20 | J | A | |
| 244. | | | | | Sold (part) | 01/29/20 | J | C | |
| 245.  Mondelez Intl Inc. | A | Dividend | J | T | | | | | |
| 246.  Morgan Stanley Bank cash/MM account | A | Interest | J | T | | | | | |
| 247.  Motorola Solutions | A | Dividend | J | T | Buy | 06/22/20 | J | | |
| 248. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 249.  MSCI Inc. | A | Dividend | J | T | Sold (part) | 08/04/20 | J | A | |
| 250. | | | | | Sold (part) | 08/05/20 | J | A | |
| 251.  National Oilwell Varco | A | Dividend | J | T | Buy (add'l) | 01/31/20 | J | | |
| 252. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 253. | | | | | Sold (part) | 01/02/20 | J | | |
| 254. | | | | | Sold (part) | 06/26/20 | J | | |
| 255.  Nestle Spon ADR | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold<br>(part) | 01/02/20 | J | A | |
| 257. | | | | | Sold<br>(part) | 01/08/20 | J | A | |
| 258. | | | | | Sold<br>(part) | 01/15/20 | J | A | |
| 259. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 260. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 261.  Nextera Energy | A | Dividend | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 262.  Nike Inc. B | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | A | |
| 263. | | | | | Sold<br>(part) | 01/08/20 | J | A | |
| 264. | | | | | Sold<br>(part) | 06/11/20 | J | A | |
| 265.  Nintendo | A | Dividend | J | T | Buy | 09/01/20 | J | | |
| 266.  Norfolk Southern | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 267.  Now Inc | | None | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 268. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 269. | | | | | Sold<br>(part) | 01/02/20 | J | | |
| 270. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 271. | | | | | Sold | 12/30/20 | J | | |
| 272.  Nuance Communications Inc. | | None | J | T | Sold<br>(part) | 01/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Nucor Corp | A | Dividend | J | T | Buy<br>(add'l) | 07/27/20 | J | | |
| 274. | | | | | Sold<br>(part) | 01/02/20 | J | | |
| 275. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 276. Nuveen Santa Barbara Div Gr I | A | Dividend | J | T | | | | | |
| 277. Occidental Petroleum | | None | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 278. | | | | | Sold<br>(part) | 01/02/20 | J | A | |
| 279. | | | | | Sold | 04/29/20 | J | | |
| 280. O'Reilly Automotive New | | None | | | Sold<br>(part) | 01/08/20 | J | A | |
| 281. | | | | | Sold<br>(part) | 01/17/20 | J | B | |
| 282. | | | | | Sold | 03/24/20 | J | A | |
| 283. Paccar Inc | A | Dividend | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 284. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 285. | | | | | Sold<br>(part) | 02/03/20 | J | A | |
| 286. | | | | | Sold | 02/04/20 | J | A | |
| 287. Packaging Corp | A | Dividend | J | T | Sold<br>(part) | 09/14/20 | J | A | |
| 288. Paychex | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 289. PayPal Holdings | | None | J | T | Sold<br>(part) | 01/02/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold<br>(part) | 06/08/20 | J | A | |
| 291. | | | | | Sold<br>(part) | 06/18/20 | J | A | |
| 292. | | | | | Sold<br>(part) | 08/18/20 | J | B | |
| 293.  Pentair | A | Dividend | J | T | Buy<br>(add'l) | 07/27/20 | J | | |
| 294. | | | | | Sold<br>(part) | 01/02/20 | J | A | |
| 295. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 296.  Pepsico common | A | Dividend | J | T | | | | | |
| 297.  Pfizer Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 298. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 299. | | | | | Sold<br>(part) | 01/08/20 | J | A | |
| 300. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 301.  PGIM Short-term Corp.Bond | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 302. | | | | | Buy<br>(add'l) | 01/13/20 | J | | |
| 303. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 304.  Philip Morris | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 305. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 306. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 06/26/20 | J | | |
| 308. Phillips 66 | A | Dividend | J | T | | | | | |
| 309. PNC Financial Services | | None | | | Sold | 06/22/20 | J | | |
| 310. Principal Mid Cap (PMCPX) | B | Distribution | M | T | | | | | |
| 311. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 312. Qurate Retail Group | A | Dividend | J | T | Buy (add'l) | 01/31/20 | J | | |
| 313. | | | | | Sold (part) | 01/02/20 | J | | |
| 314. | | | | | Sold (part) | 06/18/20 | J | A | |
| 315. | | | | | Sold (part) | 09/24/20 | J | | |
| 316. Realty Income Group | | None | | | Sold (part) | 01/21/20 | J | A | |
| 317. | | | | | Sold | 01/22/20 | J | A | |
| 318. Regeneron Pharmaceuticals | | None | J | T | Buy (add'l) | 01/31/20 | J | | |
| 319. | | | | | Sold (part) | 01/02/20 | J | | |
| 320. | | | | | Sold (part) | 01/08/20 | J | | |
| 321. Salesforce.com | | None | J | T | Buy (add'l) | 01/08/20 | J | | |
| 322. Seagate TechnologyPLC | A | Dividend | J | T | Sold (part) | 01/02/20 | J | B | |
| 323. ServiceNow Inc. | | None | J | T | Buy (add'l) | 01/17/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 325. | | | | | Sold<br>(part) | 08/18/20 | J | A | |
| 326. Starbucks Corp | A | Dividend | J | T | Buy<br>(add'l) | 06/11/20 | J | | |
| 327. | | | | | Sold<br>(part) | 01/08/20 | J | A | |
| 328. Stericycle,Inc. common | | None | J | T | | | | | |
| 329. Target Corp | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 330. TE Connectivity | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 331. Trane Technologies (formerly named<br>Ingersoll-Rand) | A | Dividend | J | T | | | | | |
| 332. Texas Instruments | A | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 333. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 334. Twitter Inc. | | None | J | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 335. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 336. | | | | | Sold<br>(part) | 01/02/20 | J | B | |
| 337. | | | | | Sold<br>(part) | 06/18/20 | J | A | |
| 338. Union Pacific common | A | Dividend | J | T | | | | | |
| 339. UnitedHealth Group | A | Dividend | K | T | Buy<br>(add'l) | 08/05/20 | J | | |
| 340. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 342. | | | | | Sold<br>(part) | 01/02/20 | J | C | |
| 343. | | | | | Sold<br>(part) | 06/18/20 | J | B | |
| 344. United Parcel Service | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 345. Verizon Communications common | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 346. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 347. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 348. Vertex Pharmaceuticals | | None | J | T | Buy<br>(add'l) | 06/09/20 | J | | |
| 349. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 350. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 351. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 352. | | | | | Sold<br>(part) | 01/02/20 | J | B | |
| 353. | | | | | Sold<br>(part) | 12/30/20 | J | | |
| 354. Virtus Insight Emrg Mkts (HIEMX) | B | Distribution | L | T | | | | | |
| 355. Visa Inc. Cl A | A | Dividend | K | T | Sold<br>(part) | 01/02/20 | J | B | |
| 356. | | | | | Sold<br>(part) | 01/08/20 | J | A | |
| 357. | | | | | Sold<br>(part) | 03/16/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. Walt Disney Co Holding Co | A | Dividend | J | T | Sold (part) | 11/20/20 | J | A | |
| 359. WEC Energy Group Inc. | A | Dividend | J | T | Sold (part) | 04/06/20 | J | A | |
| 360. Wells Fargo & Co New | A | Dividend | J | T | Buy (add'l) | 01/02/20 | J | | |
| 361. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 362. | | | | | Sold (part) | 01/08/20 | J | | |
| 363. | | | | | Sold (part) | 06/26/20 | J | | |
| 364. | | | | | Sold (part) | 09/30/20 | J | | |
| 365. Wells Fargo Muni Bond Fund (WMBIX) | C | Dividend | M | T | | | | | |
| 366. Western Digital Corp | | None | J | T | Buy (add'l) | 07/27/20 | J | | |
| 367. | | | | | Sold (part) | 01/02/20 | J | A | |
| 368. | | | | | Sold (part) | 06/26/20 | J | | |
| 369. Zoetis Inc. Cl A | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 370. | | | | | Sold (part) | 01/08/20 | J | A | |
| 371. | | | | | Sold (part) | 03/16/20 | J | A | |
| 372. | | | | | Sold (part) | 03/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Toole, George A.** | 05/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  The trust identified in Part I is a _____ trust. All the assets held in the trust are reported individually in Part VII but are not specifically identified in that Part to the trust.

2. The asset listed at Part VII, line 101 of the 2019 report, Duke Energy, indicated a "Buy addidtional" transaction. That was a typographical error. The Duke Energy holding was actually "sold" with a gain in the A range. Columns C(1) and (2) should have been left blank. Duke Realty, reported in line 144 of this report, is an entirely separate entity deespite the similarity of the name.. Its shares were acquired as indicated in Part VII.

3. The Ingersoll-Rand asset is reported as Trane Technologies as the result of a name change.. There was no new investment transaction.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George A. O'Toole**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544